UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
           Petitioner )
)
V. ) M.B.D. No. 04-10244
)
ROBERT DEWALLACE )
           Respondent )

### AFFIDAVIT OF REVENUE OFFICER

I, Patricia Casey-Ortiz, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Robert DeWallace, are true to the best of my knowledge and belief.

                           Revenue Officer
                           Internal Revenue Service

On this 15 day of June, 2004 before me, the undersigned notary public, personally appeared Patricia L. Casey-Ortiz, proved to me through satisfactory evidence of identification, which were MA. Drivers Lic. to be the person whose name is signed on this document in my presence.

My Commission expires: _____        NOTARY PUBLIC

My Commission Expires August 9, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>          Petitioner  )<br>)<br>V.         )<br>)<br>PAINT COMPANY INC.,  )<br>MARK RODRIGUES AS PRESIDENT  )<br>          Respondent  ) | M.B.D. No.<br>**04MBD 10245** |

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael Sullivan, United States Attorney for the District of Massachusetts, state that:

1. This proceeding for the enforcement of an Internal Revenue Service Summons is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. sections 7402(b) and 7604(a).

2. David Malo is a Revenue Officer of the Internal Revenue Service authorized to issue summonses under the Internal Revenue Laws.

3. The respondent, Paint Company Inc., Mark Rodrigues as President, resides or is found at 477 Sanford Road, Westport, Massachusetts 02790 within the jurisdiction of this Court. The respondent is in possession and control of testimony and documents concerning this investigation. Revenue Officer David Malo is conducting an investigation for the collection of the tax liability of Paint Company Inc., Mark Rodrigues as President for the taxable period(s) ending on September 30, 2002, March 31, 2003 and June 30, 2003.

4. Section 6301 of the Internal Revenue Code of 1986, 26 U.S.C, authorizes the Secretary of the Treasury to collect the taxes imposed by the Internal Revenue Laws. For the purpose of collecting the tax liability of any person, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records or other data, and to testify, as may be relevant or material to collecting the tax liability.

5. On March 19, 2004, Revenue Officer David Malo issued, pursuant to Section 7602 of the Internal Revenue Code of 1986, a summons to Paint Company Inc., Mark Rodrigues as President, directing him to appear before Revenue Officer David Malo at 166 Main Street, Brockton, MA 02301 on April 5, 2004 and to produce for examination (and give testimony

relating to) documents and financial records for the period(s) January 1, 2003 to January 1, 2004.

A copy of the Summons is attached to this Petition as "Exhibit A". On March 19, 2004, Revenue Officer David Malo served the Summons on Paint Company Inc., Mark Rodrigues as President by handing an attested copy of the summons to whom it was directed. Revenue Officer David Malo signed a certification on the face of the copy of the summons served that it is a true and correct copy of the original.

6. Paint Company Inc., Mark Rodrigues as President has failed and refuses to comply with the Summons.

7. The records sought by the Summons are not now in the possession of the Internal Revenue Service, and their production by Paint Company Inc., Mark Rodrigues as President for examination by an officer of the Internal Revenue Service is necessary to complete a Collection Information Statement.

WHEREFORE, the petitioner prays that:

1. Paint Company Inc., Mark Rodrigues as President be ordered to show cause, if any he has, why he should not obey the Summons;

2. Paint Company Inc., Mark Rodrigues as President be ordered to obey the Summons at a time and place to be fixed by Revenue Officer David Malo or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

3. The cost of this action to be awarded to the United States.

By their attorney,

MICHAEL SULLIVAN
United States Attorney

By: _____
**Patricia M. Connolly**
**Assistant U.S. Attorney**
United States Attorney's Office
United States Courthouse – Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3282

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>       Petitioner    )<br>                   )<br>V.                      )<br>                   )<br>PAINT COMPANY INC.,     )<br>MARK RODRIGUES AS PRESIDENT )<br>       Respondent   ) | M.B.D. No. 04-10245 |

### AFFIDAVIT OF REVENUE OFFICER

I, David Malo, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Paint Company Inc., Mark Rodrigues as President, are true to the best of my knowledge and belief.

_____
Revenue Officer
Internal Revenue Service

Subscribed and sworn to before me at ___Taunton Federal CU___,
Massachusetts on the ___4th___ day of ___June___, 200_4_.

My Commission expires: _3/24/11_        _____
                                              NOTARY PUBLIC

CRISTINA M. DaROCHA
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 24, 2011