UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Petitioner,<br><br>v.<br><br>PAINT COMPANY, INC.,<br>Mark Rodrigues, as President,<br>              Respondent. | M.B.D. No. 04-10245-JGD |

**ORDER ENFORCING INTERNAL
REVENUE SERVICE SUMMONS**

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Judith G. Dein for hearing on November 19, 2004 and the respondent, Mark Rodrigues, as President of Paint Company, Inc., not having shown any cause why he should not obey the Summons issued to him on March 19, 2004:

IT IS ORDERED that Mark Rodrigues, as President of Paint Company, Inc. obey the Summons and appear (with the documents described in the Summons) before Revenue Officer David Malo or any other officer of the Internal Revenue Service authorized to examine the records of Paint Company, Inc. and take the testimony of Mark Rodrigues, as President of Paint Company, Inc. on or before Friday, December 10, 2004 at 9:00 AM at the office of the Internal Revenue Service, 166 Main Street, Brockton, MA 02301, Tel. #(508)895-8837.

-2-

Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

/s/ Judith Gail Dein
JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2004