UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                  )
UNITED STATES OF AMERICA,         )
               Petitioner,        )
                                  )
v.                                )    M.B.D. NO. 04-10245-JGD
                                  )
PAINT COMPANY, INC.,              )
Mark Rodrigues, as President,     )
               Respondent.        )
                                  )
```

**MOTION FOR AN ORDER TO SHOW CAUSE WHY
RESPONDENT SHOULD NOT BE HELD IN CONTEMPT**

The Petitioner, United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court for an order directing the Respondent, Mark Rodrigues, as President of Paint Company, Inc., to appear before this Court and show cause, if any he has, why he should not be held in contempt of this Court's Order Enforcing Internal Revenue Service Summons dated November 29, 2004. In support of this motion the Petitioner states as follows:

On November 29, 2004, this Court entered an Order Enforcing Internal Revenue Service Summons, which ordered the Respondent, Mark Rodrigues, as President of Paint Company, Inc., to obey the Summons issued to him by the Internal Revenue Service on or before December 10, 2004. A copy of the Order is attached hereto as **Exhibit A.**

-2-

The Respondent, Mark Rodrigues, as President of Paint Company, Inc., has not complied with this Court's Order. As set forth in the Affidavit of Revenue Officer, attached as **Exhibit B** hereto, the Respondent, Mark Rodrigues, as President of Paint Company, Inc., has not complied with the Internal Revenue Service Summons, has not provided the summonsed collection information, and has not complied with this Court's order.

WHEREFORE, the Petitioner respectfully requests that this Court order the Respondent, Mark Rodrigues, as President of Paint Company, Inc., to appear before this Court and show cause, if any he has, why he should not be held in contempt of this Court's Order Enforcing Internal Revenue Service Summons entered November 29, 2004.

Respectfully submitted,

Michael J. Sullivan
United States Attorney

By: *(signature)*
PATRICIA M. CONNOLLY
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: January 13, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Petitioner,<br><br>v.<br><br>PAINT COMPANY, INC.,<br>Mark Rodrigues, as President,<br>          Respondent. | M.B.D. No. 04-10245-JGD |

## ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Judith G. Dein for hearing on November 19, 2004 and the respondent, Mark Rodrigues, as President of Paint Company, Inc., not having shown any cause why he should not obey the Summons issued to him on March 19, 2004:

IT IS ORDERED that Mark Rodrigues, as President of Paint Company, Inc. obey the Summons and appear (with the documents described in the Summons) before Revenue Officer David Malo or any other officer of the Internal Revenue Service authorized to examine the records of Paint Company, Inc. and take the testimony of Mark Rodrigues, as President of Paint Company, Inc. on or before Friday, December 10, 2004 at 9:00 AM at the office of the Internal Revenue Service, 166 Main Street, Brockton, MA 02301, Tel. #(508)895-8837.



-2-

Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

                                          /s/ Judith Gail Dein
                                          JUDITH G. DEIN
                                          UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2004

## UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

RECEIVED
U.S. ATTORNEY

05 JAN 11 PM 3:00

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Petitioner )<br>)<br>)<br>V. )<br>PAINT COMPANY INC., )<br>MARK RODRIGUES AS PRESIDENT, )<br>Respondent | M.B.D. 04-10245-JGD |

### AFFIDAVIT OF REVENUE OFFICER

1. I, David Malo, Revenue Officer of the Internal Revenue Service, am authorized to issue summonses. A Summons for Collection Information Statement was issued to Paint Company Inc., Mark Rodrigues as President on March 19, 2004.

2. The information requested in the Summons is necessary to prepare a financial information statement.

3. The respondent has failed and refused to comply with the Summons.

4. On November 29, 2004, an Order Enforcing Internal Revenue Service Summons was issued, ordering the respondent to appear before a Revenue Officer by December 10, 2004.

5. To date, the respondent has not complied with the Order and has not provided the summonsed information, and has not contacted David Malo, Revenue Officer, regarding this matter.

1/3/05
Date

_____
Revenue Officer
Internal Revenue Service

Subscribed and sworn to before me this ___3rd___ day of ___January___ 200_5_.



_____
NOTARY PUBLIC

NANCY EMOND
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 10, 2006

My Commission expires: _____