**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | MBD #04-10245-JGD |
| **DEFENDANT** | **TYPE OF PROCESS** |
| PAINT COMPANY, INC., Mark Rodrigues as President | ORDER TO SHOW CAUSE |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Mark Rodrigues, President of Paint Company, Inc.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

477 Sanford Road, Westport, MA 02790

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patricia M. Connolly, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve on or before 3/29, 2005

Signature of Attorney or other Originator requesting service on behalf of:  X PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3282
DATE: 1/13/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | [signature] | 2/14/05 |

Service Fee: 135.00
Total Mileage Charges (including endeavors): 87.80
Total Charges: 222.60

REMARKS:
2/24/05 - NO RESPONSE
3/3/05 - NO RESPONSE
3/24/05 - RETURN UNEXECUTED PER SDUSM HODGKINS
(PER USAtty. C/L)

**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/8